**Harishchander SINGH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–71114.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 12, 2010.

Christopher John Stender, Esquire, Immigration Practice Group A Professional

Corporation, San Francisco, CA, for Petitioner.

David V. Bernal, Assistant Director, Lauren Fascett, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Harishchander Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeal's ("BIA") order denying his motion to reissue a previous decision. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Perez v. Mukasey,* 516 F.3d 770, 773 (9th Cir.2008), we deny the petition for review.

The BIA did not act arbitrarily, irrationally, or contrary to law by concluding that counsel's affidavit of non-receipt was insufficient to rebut the presumption of effective service. *Cf. Singh v. Gonzales,* 494 F.3d 1170, 1172 (9th Cir.2007) (statutory duty of service fulfilled when BIA mails decision to petitioner's or his counsel's address of record); *see Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002) (The BIA's denial of a motion to reopen shall be reversed only if it is "arbitrary, irrational or contrary to law.").

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Singh's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.